UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| P&S CONTRACTORS, INC.<br>  Plaintiff<br><br>V.<br><br>JOSEPH CUSENZA D/B/A<br>ENVIRONMENTAL COATINGS, INC.<br>  Defendants | CIVIL ACTION NO.:<br><br>17-141<br><br><br>JANUARY 19, 2017 |

## VERIFIED COMPLAINT

### Count One - Breach of Contract Against Environmental Coatings, Inc. Only

1. Plaintiff P&S Contractors, Inc. is a Connecticut corporation with its principal office located at 103 Berkley Street, New Britain, Connecticut.

2. Environmental Coatings, Inc. was a New Jersey corporation with its principal office located at 36 Eagle Rock Way, Montclair, New Jersey. It was voided by the State of New Jersey on June 24, 1986 for its failure to pay corporate taxes.

3. Defendant Joseph Cusenza is a resident of the State of New Jersey. He holds himself out as a shareholder and officer of Environmental Coatings, Inc. and does business under that name.

4.  This court has jurisdiction pursuant to 28 USC §1332(a)(2) because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.  Plaintiff P&S Contractors, Inc. consulted Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. about installing a coating solution to remove and block high soluble salt levels at 33 Rossotto Road, Hamden, Connecticut so a Dur-A-Flex MVP Primer, Dur-A-Flex Glaze ESD Primer and Dur-A-Gard ESD Floor Coating System could be installed over it.

6.  The original specification issued by Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. called for one layer of their 4Evercrete product and followed by a layer of their Impenecrete product, based upon Ion Chromatograph test results.

7.  For the surface area involved, Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. recommended 145 gallons of 4Evercrete and 90 gallons of Impenecrete.

8.  Plaintiff P&S Contractors, Inc.'s nominee ordered the recommended material.

9.  Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. shipped 235 gallons of 4Evercrete to Plaintiff

P&S Contractors, Inc. and no Impenecrete, all without any explanation.

10. Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. did not have enough Impenecrete for the job.

11. Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. refused to accept a return of the 4Evercrete.

12. Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. subsequently recommended two layers of its 4Evercrete product as being suitable for Plaintiff's application and substantially equivalent to a layer of its 4Evercrete product and a second layer of its Impenecrete product.

13. This constituted a warranty of fitness for a particular purpose pursuant to Connecticut General Statutes §42a-2-315.

14. Plaintiff P&S Contractors, Inc. relied upon this misrepresentation.

15. Plaintiff P&S Contractors, Inc. installed the 4Evercrete product in accordance with Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc.'s installation instructions.

16. The Dur-A-Flex flooring system was installed in accordance with Defendant Environmental Coatings, Inc.'s initial installation instructions.

17. The flooring failed due to excessive osmotic bubbles appearing in the flooring.

18. Plaintiff P&S Contractors, Inc. contacted Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. and explained the problem.

19. Defendant Environmental Coatings, Inc. and Defendant Joseph Cusenza inspected the flooring 33 Rossotto Road, Hamden, Connecticut.

20. Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. recommended a different installation procedure.

21. Relying upon these representations, Plaintiff P&S Contractors, Inc. was shipped the Impenecrete product from Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. for installation at 33 Rossotto Road, Hamden, Connecticut.

22. At considerable expense, Plaintiff P&S Contractors, Inc. removed the first flooring and installed a new Impenecrete flooring system based upon Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc.'s new installation instructions.

23. The Dur-A-Flex flooring system was installed in accordance with Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc.'s new installation instructions.

24. The flooring failed a second time.

25. Plaintiff P&S Contractors, Inc. has been damaged by Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc.'s actions.

Count Two - Misrepresentation

1-25. Paragraphs 1 through 25 of count one are hereby incorporated by reference as paragraphs 1 through 25 of count two.

26. At the time Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. recommended the 4Evercrete product as being suitable for Plaintiff's application, Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. knew (or should have known) it was not suitable for Plaintiff's application.

27. At the time Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. described the first installation procedure for the 4Evercrete product, Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. knew (or should have known) the first installation procedure would not have

worked.

28. At the time Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. described the second installation procedure for the 4Evercrete product, Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. knew (or should have known) the second installation procedure would not have worked.

29. Plaintiff P&S Contractors, Inc. relied upon the representations by Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc., believing them all to be true.

30. Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc.'s representations were not true at the time they were made.

31. Plaintiff P&S Contractors, Inc. suffered damages by relying upon the representations of Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc.

Count Three - Statutory Theft

1-31. Paragraphs 1 through 31 of count two are hereby incorporated by reference as paragraphs 1 through 31 of count three.

32. Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. intended to steal from Plaintiff P&S

https://web.mail.comcast.net/service/home/~/?auth=co&loc=en_US&id=718033&part=2

Contractors, Inc. (namely the purchase price for the 4Evercrete product) within the meaning of Connecticut General Statutes §52-564.

33. Plaintiff P&S Contractors, Inc. suffered damages as a result of Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc.'s actions.

Count Four - Connecticut Unfair Trade Practice Act

1-33. Paragraphs 1 through 33 of count three are hereby incorporated by reference as paragraphs 1 through 33 of count four.

34. Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. is engaged in a trade or business within the meaning of Connecticut General Statutes §42-110b.

35. The foregoing actions of Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc. constitute an unfair or deceptive trade or practice within the meaning of Connecticut General Statutes §42-110b.

36. Plaintiff P&S Contractors, Inc. has suffered an ascertainable loss of money or property as a result of Defendant Joseph Cusenza d/b/a Environmental Coatings, Inc.'s actions.

Plaintiff P&S Contractors, Inc. prays for:

1. Compensatory damages;
2. Treble damages pursuant to Connecticut General Statutes §52-564;
3. Punitive damages pursuant to Connecticut General Statutes §42-110g and common law;
4. Attorney's fees pursuant to Connecticut General Statutes §42-110g;
5. Interest;
6. Costs; and
7. Such other and further relief as this court deems just and equitable.

Houston Putnam Lowry, Esq.
Counsel for P&S Contractors, Inc.
Polivy, Taschner, Lowry & Clayton
6 Central Row-2nd Floor
P.O. Box 0294
Hartford, CT 06123-0294
(860) 560-1180
FAX: (860) 860-1354
eMail: HPLowry@PolivyTaschner.com
Federal Bar # CT05955

https://web.mail.comcast.net/service/home/~/?auth=co&loc=en_US&id=718033&part=2

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January __17__, 2017.

_____
Steve Piera
President of P&S Contractors, Inc.